IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-02323-CMA-MJW

DAWANE ARTHUR MALLETT,

    Plaintiff,

v.

J. MUNOZ, Correctional Officer,

    Defendant.

**ORDER AFFIRMING DECEMBER 16, 2014 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the December 16, 2014 Recommendation by United States Magistrate Judge Michael J. Watanabe that Pro Se Plaintiff's Motion for Emergency Restraining Order (Doc. # 14) and Motion for Temporary Restraining Order (Doc. # 20) be denied. (Doc. # 24.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 24.) Despite this advisement, no objections to Magistrate Judge Watanabe's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating

that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.")).

The Court has reviewed all the relevant pleadings concerning Plaintiff's Motion for Emergency Restraining Order and Motion for Temporary Restraining Order and the Recommendation.  Based on this review, the Court concludes that Magistrate Judge Watanabe's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record."  Fed. R. Civ. P. 72, advisory committee's note.  Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Watanabe as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 24) is AFFIRMED and ADOPTED.  It is

FURTHER ORDERED that Plaintiff's Motion for Emergency Restraining Order (Doc. # 14) is DENIED.  It is

FURTHER ORDERED that Plaintiff's Motion for Temporary Restraining Order (Doc. # 20) is DENIED.

DATED:  January  21 , 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge