## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  14-cv-02323-CMA-MJW         FTR - Courtroom A-502

**Date:**   April 30, 2015                        Courtroom Deputy, Ellen E. Miller

   *Parties*                                      *Counsel*

DAWANE ARTHUR MALLETT,                            - - - *no appearance* - - -
#13944-097

   Plaintiff(s),

v.

J. MUNOZ, Correctional Officer,                   Juan G. Villaseñor

   Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTION HEARING**
**Court in Session:**   2:29 p.m.
Court calls case.  Appearance of defense counsel.

Florence ADMAX U.S. Penitentiary Corrections Officer / Senior Counselor Matthew Palider has called to advise the Court that he spoke with the Plaintiff on 3 separate occasions today in an effort to bring the Plaintiff to a telephone to participate in this hearing.  Plaintiff told Officer Palider that he did not wish to nor would he go to a telephone where he may participate in this hearing.

The Court considers Defendant's Motion for Sanctions [Docket No. 46].  Oral argument presented by Mr. Villaseñor.

**It is ORDERED:**     Defendant's MOTION FOR SANCTIONS [Docket No. **46**, filed March 10, 2015] is **TAKEN  UNDER  ADVISEMENT.**  The court will issue its written Order.

Hearing concluded.
**Court in recess:**  2:40
Total In-Court Time 00:11

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free   1-800-962-3345.