**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02323-CMA-MJW

DAWANE ARTHUR MALLETT,

    Plaintiff,

v.

J. MUNOZ, Correctional Officer,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming May 1, 2015 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on May 26, 2015, it is

ORDERED that the Recommendation of the United States Magistrate Judge (Doc. 53) is AFFIRMED and ADOPTED.  It is

FURTHER ORDERED that Defendant's Motion for Sanctions under Rule 11 and the Court's Inherent Authority (Doc. # 46) is GRANTED. It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 11(c) and *Ehrenhaus v. Reynolds*, 965 F.2d 916 (10th Cir. 1992).

DATED May 27, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes

V. Barnes
Deputy Clerk