IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-02323-CMA-MJW

DAWANE ARTHUR MALLETT,

    Plaintiff,

v.

J. MUNOZ, Correctional Officer,

    Defendant.

## ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE A JUDGMENT

This matter is before the Court on the Plaintiff's Motion to Set Aside a Void Judgment Pursuant to Fed. Rule of Civ. Procedure Rule 60(b)(4) and Supporting 1 Page Exhibit Pursuant to Rule 10(c).  (Doc. # 61.)

On May 27, 2015, this Court entered final judgment against Plaintiff and also imposed sanctions pursuant to Fed. R. Civ. P. 11.  (Doc. # 60.)  Plaintiff now moves to set aside the judgment as void, claiming this Court lacked personal jurisdiction over Plaintiff.  (Doc. # 61 at 2.)  Plaintiff's argument is without merit because he fails to understand that filing suit constitutes consent to a district court's exercise of personal jurisdiction. *See Rollins v. Inbersoll-rand co.*, 240 F. App'x 800, 802 (10th Cir. 2007).  It is far beyond dispute that Plaintiff filed suit against Defendant in this Court.  (Doc. # 1.)

Accordingly, it is hereby ORDERED that Plaintiff's Motion to Set Aside a Void Judgment Pursuant to Fed. Rule of Civ. Procedure Rule 60(b)(4) and Supporting 1 Page Exhibit Pursuant to Rule 10(c) (Doc. # 61) is DENIED.

DATED: January 13, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge